**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 00-6361

THOMAS L. LEWIS,

Plaintiff - Appellant,

versus

PRISON HEALTH SERVICES, INCORPORATED; CARL
STOCK; WEXFORD HEALTH SOURCES, INCORPORATED;
ESSA ABDULLA; STEVE PERRY; EDGAR BOWDISH;
BETTY CRAZE; STEPHEN BLACKE; TERESA WAID;
GEORGE TRENT; NICHOLAS J. HUN; WILLIAM K.
DAVIS; OTHERS UNKNOWN,

Defendants - Appellees.

Appeal from the United States District Court for the Southern District of West Virginia, at Charleston.  Charles H. Haden II, Chief District Judge.  (CA-97-1136-2)

Submitted:  June 20, 2000          Decided:  October 19, 2000

Before WILLIAMS and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Thomas L. Lewis, Appellant Pro Se.  Karen M.R. Weber, William J. Powell, JACKSON & KELLY, Charleston, West Virginia; Jeffrey Kent Phillips, Jace Harrison Goins, STEPTOE & JOHNSON, Charleston, West Virginia; Darrell V. McGraw, Jr., Leslie K. Tyree, OFFICE OF THE ATTORNEY GENERAL OF WEST VIRGINIA, Charleston, West Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Thomas L. Lewis appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2000) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Lewis v. Prison Health Servs., No. CA-97-1136-2 (S.D.W. Va. Aug. 2, 1999). We deny the motions for appointment of counsel and to dismiss the appeal as untimely and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process. We deny as moot the motion of Appellees Wexford Health Sources, Inc., and Essa Abdulla to extend the time in which to file an informal brief.

AFFIRMED